IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEHAN ZEB MIR,

    Plaintiff,

v.

JAY BROWN, ET AL.,

    Defendant.

Case No. 15-CV-9097-JAR-GLR

### MEMORANDUM & ORDER

    Plaintiff Jehan Zeb Mir, proceeding *pro se*, filed this case against Kansas Defendants Jay Brown and Westport Insurance Corporation ("Westport"), and against California Defendants Iungerich & Spackman, Russell Iungerich, and Paul Spackman. He seeks monetary damages for alleged federal and California state law violations. Defendants Brown and Westport filed a Motion to Stay (ECF 3) on October 13, 2015, requesting that the Court enter a stay in the present case pending an appeal in the United States Court of Appeals for the Ninth Circuit. Defendants' motion states that the appeal arises out of a lawsuit in the Central District of California, in which the court dismissed Plaintiff's claims—identical to those brought in this lawsuit—against the same defendants. Defendants allege that the outcome of the appeal will determine whether this case may be heard. It is therefore prudent to stay this case until that outcome is clear.

    Plaintiff failed to file a response to Defendants' motion for a stay, and his time to do so expired on October 27, 2015. Therefore, for good cause shown by Defendants, and because the motion to stay the case is unopposed, Defendants' motion for a stay is granted.

    **IT IS SO ORDERED.**

    Dated this 6th day of November, 2015.

s/Gerald L. Rushfelt<br>
U.S. Magistrate Judge