# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**JEHAN ZEB MIR,**

        **Plaintiff,**

**v.**                                **Case No: 15-9097-JAR**

**JAY BROWN, WESTPORT INSURANCE CORPORATION, IUNGERICH & SPACKMAN, RUSSELL IUNGERICH, and PAUL SPACKMAN,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Memorandum and Order filed on May 16, 2019 (Doc. 32), that the Westport Defendants Motion to Dismiss (Doc. 17), as joined by Defendants Iungerich and Spackman (Docs. 28, 29), is **granted**; Plantiff's claims against these Defendants are dismissed with prejudice.

That pursuant to the Memorandum and Order filed on August 19, 2019 (Doc. 38), that Defendant Iungerich & Spackman's Motion to Dismiss (Doc. 36) is **granted**; Plaintiff's claims against I & S are dismissed without prejudice. This Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims; this matter is **dismissed in its entirety.**

8/19/2019 _____                                           TIMOTHY M. O'BRIEN
    Date                                                  CLERK OF THE DISTRICT COURT

                                                              by: _s/Bonnie Wiest_____
                                                                   Deputy Clerk